CHRISTOPHER RICHARDSON, Respondent, v. HAZEL M. WYMAN, Appellant, and RODNEY E. WYMAN and Others, Defendants.— Judgment of foreclosure and sale entered on an order granting summary judgment and striking out the answer of the defendant, appellant, unanimously affirmed, with costs. In view of this

decision, the appeals from the order denying defendant, appellant's motion to dismiss the complaint for insufficiency and from the order granting plaintiff's motion to strike certain paragraphs from the answer are dismissed. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.